# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Aisha Omar-Baker**
**Keenan Baker**

[You are the PLAINTIFF, print your full name on this line.]

v.

**Goshen Police Department**

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**FILED**
FEB 15 2017
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number **3:17CV129**

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Nick McCloughen** Patrol Officer | 111 E. Jefferson St. Goshen IN 46528 |
| 2 | [Put the names of any other defendants in these boxes.] **Wade K. Branson** Chief of Police | 111 E. Jefferson St. Goshen IN 46528 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**
2. What is your address? **109 N. 8th St Goshen IN 46528**

3. What is your telephone number: **(574) 534-0229**

4. Have you ever sued anyone for these exact same claims?
   - ⦿ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Nick McCloughen was not honest in his report and charges filed against my son Keenan Baker. Nick McCloughen interview several people who were present during the altercation, that didn't involve my son. Nick McCloughen only went on he say/she say with no evidence or proof. A video that was shown has no view of my son Keenan Baker, you do hear his voice, as well as other's, but Nick McCloughen fabricated the incident to prove a case that was not only fradulent in details, but also per the Attorney I hired, Phillip Miller, in a meeting with my attorney, my attorney read out loud all the statements from each person interviewed to my mother- Bernadine Kyle - my father Sudan Omar - Retired Sheriff Deputy and church member Jim myers - Director of Elkhart County clubhouse Rich meyers. Once Phillip Miller my attorney read the statements aloud two of the juvenile girls stated that Austin Handshoe hit William Rugg because he was protecting them, due to William Rugg making sexual advances towards them. The incident between the two juvenile girls, Austin Handshoe, William Rugg had been ongoing and my son Keenan Baker had nothing to do with it.

2. The charge of Robbery my son was charged with was absurb. There was no proof my son took a bottle of liquor as "stealing" it.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

my son Keenan Baker took the bottle from the ground after it fell from William Rugg hand. My son Keenan Baker picked up the bottle and told William Rugg he wasn't getting it back, due to William Rugg intoxication level, as doing him a favor, as if someone is trying to drive intoxicated, you take their keys. My son was looking out for William Rugg, Not stealing or Robbing him. The bottle was less than a ½ pint and barely had anything inside, but a sip or two. Keenan Baker returned the small bottle to William Rugg after he had been hit by Austin Handshoe, as Keenan Baker, didn't know William Rugg would be hit by Austin Handshoe. The bottle of liquor was never mentioned by other witnesses, or ever recovered as evidence. My son was charged with Robbery because of the color of his skin and Nick McCloughen didn't care for my son.

3. William Rugg didn't file any police charges, couldn't remember the details of the incident by stating "he tied one on the night before" this incident happened months before anyone was contacted about it. The video going viral wasn't any clear evidence to charge anyone but the young man that hit William Rugg, which we all could see, and that man was Austin Handshoe. This happened in a public park, where Goshen Police allowed

several homeless and alcoholics to frequent without punishment. William Rugg told officer Nial McCloughen he didn't want to press charges due to the individuals being "kids". I, Aisha Omar spoke to William Rugg myself and he stated officers "made up it all". William Rugg stated they were forcing him to press charges, and he refused to do so, and William Rugg stated he told officers to leave him alone. William Rugg said after not pressing charges or going to the hospital, the officers in Goshen began to harrass him repeatedly.

4. My son Keenan Baker was charged as an adult, placed at the adult jail. He was around real criminals and beat up a few times, I had him placed in protective custody. Officer Nick McCloughen made fun of my son Keenan Baker telling him "he's going down for a long time and telling Keenan Baker about all the bad things that are gonna happen to him while in jail. That's not the actions a police officer supposed to have towards anyone, less a child. My son Keenan Baker now suffers from PTSD, Keenan couldn't go back to school once released as he couldn't take the stress, he couldn't obtain a job due to the slander of his name and character, he was wrongly charged as an adult, charges were to harsh the whole community came together, I

had over 100 visitors in one week. Pastors of area churches, Executive Directors of local business owners, Grocery stores employees, strangers, tons of people giving me money to pay for a lawyer, even attorneys out of South Bend willing to take our case "Pro bono" because everyone knew the charges against my son were unfair and unjust. Prosecutor Curtis Hill, NAACP spoke to have charges dropped as defined as "Prosecutor over reach". My son Keenan Baker should have been treated as a child. He was facing 16-20 years, $75,000 bond with collateral, and charged and treated as an adult. He was video recorded naked without my consent. Law enforcement went over and beyond the law of duty to convict my son Keenan Baker with lies, no evidence, not even the victim William Rugg would pursue or cooperate. There was no proof or evidence of a theft (count II) Robbery (count I) or Battery (count III) my son was charged because of his race and officer Nick McCloughen dislike towards him. My son case should have been transferred to Juvenile if anything. Treatment of my son in the adult jail system was against the law and laws cover my son's protection as a minor. No gun displayed, no robbery took place, no theft took place, my son hit nobody. Why was he charged? Keenan

Baker, my son, is fighting daily to clear his name. He no longer the same, he is scarred mentally, emotionally, and financially, lives in fear, suffer from mental illness now taking meds for PTSD from the horrible experience from being in the adult jail with dangerous offenders, who beat, stole his commissary and ID-pin number, and threatened him around the clock. He cant find a job, his reputation has been ruined. He now is on SSI. He no longer can enjoy his teenage life as he was forced to be and act as an adult. Adult probation, and them offering him Home Detention and Coup weekends which he couldn't do neither because they didn't accept minors on those programs. Slander, Defamation of Character, lies, deceit by the Goshen Police Department, Officer Nick McCloughen, Chief of Police Wade K. Bronson shouldn't have pursued this incident, due to lack of evidence, time and place of incident, lack of finding witnesses, forcing William Rugg to press charges, when he didn't want too, Being low key racists againt afro-Americans, making threats, Scarring a child, and using authority to intimidate witnesses by telling them to say things or they would go to jail, and falsly charging my son Keenan Baker, when two girls stated in their statements they told Austin Handshoe to hit William Rugg.

4. All the claims by Goshen Police Department, Officer Nick McCloughen, Chief of Police Wade K. Bronson could have been handled in a more civilized way. The Officers and the Goshen Police Department blew this up so much, my son went from 16-20 years - to - 18 months - $75,000 bond - to - $150 dollar bond. From level 3 Felony - to - Class A misdemeanor. Even though the community came together along side my family and I. My son still has nightmares, struggle to find himself, living in fear, not being able to attend High School like a normal teenager, having to grow up fast with all the adult terms and conditions, being incarcerated amongst violent criminals in an adult facility, name, character being slandered, finding out he has mental illness and now suffers from PTSD at his age. The same people I trust to serve and protect my boys and I, were the same people to do my son and I wrong. To put lies and falseness, hardship onto a child is unjustified And I blame it all on Goshen Police Department, Officer Nick McCloughen and Chief Wade K. Bronson.

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- (✓) No.
- ( ) Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_____
_____
_____
_____
_____
_____

FILING FEE – Are you paying the filing fee?
- ( ) Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- (✓) No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_AO_ I will keep a copy of this complaint for my records.
_AO_ I will promptly notify the court of any change of address.
_AO_ I declare **under penalty of perjury** that the statements in this complaint are true.

_Aisha Omar-Baker/Keenonn Baker_        _2/6/17_
Signature                                Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]