UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **AISHA OMAR-BAKER,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 3:17 CV 129 |
| v. | ) | |
| | ) | |
| **GOSHEN POLICE DEPARTMENT,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Plaintiffs, Aisha Omar-Baker and K.B., a minor, have filed a pro se complaint (DE # 1) and two petitions for leave to proceed *in forma pauperis* (DE ## 2, 3). Pursuant to 28 U.S.C. § 1915, the court screened the complaint. (DE # 4.)

Because K.B. is a minor, Aisha Omar-Baker is not permitted to pursue his claims pro se. *Smith ex rel. Smith v. Smith*, 49 F.app'x 618, 620 (7th Cir. 2002). Accordingly, the court granted plaintiffs until March 24, 2017, to retain counsel for K.B. (*Id.* at 3.) Plaintiffs were cautioned that failure to do so would result in dismissal without prejudice. (*Id.*) Because it was also not clear from the complaint whether Aisha Omar-Baker intended to raise any claims of her own, she was granted the opportunity to file an amended complaint. (*Id.*)

No attorney has entered an appearance on behalf of K.B., and Aisha Omar-Baker has not filed an amended complaint. Accordingly, plaintiffs' complaint (DE # 1) is **DISMISSED WITHOUT PREJUDICE.** The motions to proceed *in forma pauperis* (DE ## 2,3) are **DENIED AS MOOT.**

**SO ORDERED.**

Date: April 18, 2017

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT