AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

AISHA OMAR-BAKER and K. B.,
a Minor, by his Parent, Aisha Omar-Baker,

        Plaintiffs

v.                        **Civil Action No. 3:17-CV-129  JTM**

GOSHEN POLICE DEPARTMENT;
NICK MCCLOUGHEN, Patrol Officer; and WADE K. BRAUSON, Chief of Police,

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___  the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____%  plus post-judgment interest at the rate of ____ % along with costs.

___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_  Other:  Plaintiffs Aisha Omar-Baker and K.B.'s Pro Se Complaint is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided  by Judge  James T. Moody.

DATE:  April 18, 2017                  ROBERT N. TRGOVICH, CLERK OF COURT

                                                              By  s/C. Reed
                                                                    *Signature of Clerk or Deputy Clerk*