AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

AISHA OMAR-BAKER and K. B.,
a Minor, by his Parent, Aisha Omar-Baker,

    Plaintiffs

v.          **Civil Action No. 3:17-CV-129  JTM**

GOSHEN POLICE DEPARTMENT;
NICK MCCLOUGHEN, Patrol Officer; and WADE K. BRANSON, Chief of Police,

    Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:   Plaintiffs Aisha Omar-Baker and K.B.'s Pro Se Complaint is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge   James T. Moody.

DATE:   May 5, 2017      ROBERT N. TRGOVICH, CLERK OF COURT

                By   s/C. Reed
                  *Signature of Clerk or Deputy Clerk*